MICHAEL C. MILLS, ESQ.
Nevada Bar No. 003534
BAUMAN LOEWE WITT & MAXWELL, PLLC
3650 N. Rancho Dr., Ste. 114
Las Vegas, Nevada 89130
Telephone No.: 702-240-6060
Fax No.: 702-240-4267

ERIC R. MCDONOUGH, ESQ.
(Pro Hac Vice Pending)
AMY A. ABELOFF, ESQ.
(Pro Hac Vice Pending)
SEYFARTH SHAW LLP
2029 Century Park East, Ste. 3500
Los Angeles, California 90067
Telephone No.: 310-277-7200
Fax No.: 310-201-5219

Attorneys for Defendant/Counter-Claimant/Cross-Claimant,
Randstad Professionals US, LP

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| COUNT'S KUSTOMS, LLC, a Nevada corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>JOSEPH FRONTIERA, an individual, and RANDSTAD PROFESSIONALS US, LP, a Delaware limited partnership, d/b/a RANDSTAD PROFESSIONALS, DOES I through X, and DOE CORPORATIONS XI through XX, inclusive,<br><br>    Defendants. | Case No.:  2:16-cv-00910-JAD-GWF<br><br><br>**CERTIFICATE OF**<br>**INTERESTED PARTIES** |
| RANDSTAD PROFESSIONALS US, LP,<br><br>    Plaintiff-in-Counterclaim,<br><br>COUNT'S KUSTOMS, LLC,<br><br>    Defendant-in-Counterclaim. | |
| RANDSTAD PROFESSIONALS US, LP,<br><br>    Cross-Claimant,<br><br>JOSEPH FRONTIERA,<br><br>    Cross-Defendant. | |

**DEFENDANT/COUNTER-CLAIMANT/CROSS-CLAIMANT, RANDSTAD PROFESSIONALS US. LP'S CERTIFICATE OF INTERESTED PARTIES**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1-1, the undersigned, local counsel for Defendant/Counter-Claimant/Cross-Claimant, Randstad Professionals US, LP certifies that the following have an interest in the outcome of this case:

Count's Kustoms, LLC

Randstad Professionals US, LP

Joseph A. Frontiera

Otherwise, there are no other known or interested parties that will be participating in this case.

Dated this 2nd day of May 2016.

BAUMAN LOEWE WITT & MAXWELL, PLLC

*/s/ Michael C. Mills*

MICHAEL C. MILLS, ESQ.
Nevada Bar No. 003534
3650 N. Rancho Dr., Ste. 114
Las Vegas, NV  89130

ERIC R. MCDONOUGH, ESQ.
(Pro Hac Vice Pending)
AMY A. ABELOFF, ESQ.
(Pro Hac Vice Pending)
SEYFARTH SHAW LLP
2029 Century Park East, Ste. 3500
Los Angeles, California 90067
Telephone No.:  310-277-7200
Fax No.:  310-201-5219

Attorneys for Defendant/Plaintiff-in-Counterclaim/Cross-Claimant
Randstad Professionals US, LP