MICHAEL C. MILLS, ESQ.
Nevada Bar No. 003534
BAUMAN LOEWE WITT & MAXWELL, PLLC
3650 N. Rancho Dr., Ste. 114
Las Vegas, Nevada 89130
Telephone No.: 702-240-6060
Fax No.: 702-240-4267

ERIC R. MCDONOUGH, ESQ.
(Pro Hac Vice Pending)
AMY A. ABELOFF, ESQ.
(Pro Hac Vice Accepted)
SEYFARTH SHAW LLP
2029 Century Park East, Ste. 3500
Los Angeles, California 90067
Telephone No.: 310-277-7200
Fax No.: 310-201-5219

Attorney for Defendant/Counterclaimaint/Cross-Claimant,
Randstad Professionals US, LP

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| COUNT'S KUSTOMS, LLC, a Nevada corporation,<br><br>      Plaintiff,<br><br>vs.<br><br>JOSEPH FRONTIERA, an individual, and RANDSTAD PROFESSIONALS US, LP a Delaware Corporation dba RANDSTAD PROFESSIONALS, DOES I-X and DOE CORPORATIONS XI – XX, inclusive, | Case No.: 2:16-cv-00910-JAD-GWF<br><br>[~~PROPOSED~~] STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER<br><br>SPECIAL SCHEDULING REVIEW REQUESTED |
| RANDSTAD PROFESSIONALS US, LP,<br><br>      Counter-Claimant,<br><br>vs.<br><br>COUNT'S KUSTOMS, LLC,<br><br>      Counter-Defendant. | |
| RANDSTAD PROFESSIONALS US, LP,<br><br>      Cross-Claimant,<br><br>vs.<br><br>JOSEPH FRONTIERA,<br>      Cross-Defendant. | |

PROPOSED STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER
- Page 1 of 4 -

2571029v1

**[PROPOSED] STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER**

Pursuant to FRCP 26, Plaintiff, COUNT'S KUSTOMS, LLC ("CK"), through its counsel, Steven J. Mack, Esq. of Black Lobello, Co-Defendant JOSEPH FRONTIERA ("Frontiera"), through his counsel, Theresa L. Mains, Esq. of Theresa Mains Law, and Co-Defendant RANDSTAD PROFESSIONALS US, LP ("Randstad"), through its counsel Eric R. McDonough, Esq. and Amy A. Abeloff, Esq. of Seyfarth Shaw LLP and Michael C. Mills, Esq. of Bauman Loewe Witt & Maxwell, PLLC., submit the following Stipulated Discovery Plan and Scheduling Order pursuant to the requirements of FRCP 26 and LR 26-1.

Pursuant to FRCP 26(f), a discovery planning conference was held on June 14, 2016 between counsel.   Present were Steven J. Mack, Esq. on behalf of CK, Theresa L. Mains, Esq. on behalf of Frontiera, and Amy A. Abeloff, Esq. and Michael C. Mills, on behalf of Randstad.  The parties propose the following Stipulated Discovery Plan and Scheduling Order (Special Scheduling Review Requested):

1.     **INITIAL DISCLOSURES.**

No changes are necessary in the timing, form or requirement for the disclosures under Fed. R. Civ. P. 26(a).  Pursuant to Fed. R. Civ. P. 26(a)(1), all parties have agreed to serve their initial disclosures on **June 29, 2016**.

2.     **ESTIMATE OF TIME REQUIRED FOR DISCOVERY AND DISCOVERY CUT-OFF DATE.**

Discovery will take one hundred eighty (180) days from May 25, 2016, which is the date that Frontiera filed his Answer to Plaintiff's Complaint in this Court.  Therefore, discovery shall be completed no later than **November 21, 2016**.

### 3. AMENDMENT OF PLEADINGS AND ADDITION OF PARTIES.

Unless otherwise stated herein or ordered by the Court, the date for filing motions to amend the pleadings or to add parties shall not be later than ninety (90) days prior to the close of discovery and not later than **August 23, 2016**.

### 4. DISCLOSURE OF EXPERT WITNESSES.

In accordance with LR 26-1 and Fed. R. Civ. P. 26 (a)(2)(C), disclosures identifying experts shall be made sixty (60) days prior to the discovery cut-off date and not later than **September 22, 2016**. Disclosures identifying rebuttal experts shall be made thirty (30) days after the initial disclosure of experts, and not later than **October 21, 2016**. (October 22, 2016 is a Saturday)

### 5. DISPOSITIVE MOTIONS.

Dispositive motions must be filed no later than thirty (30) days after the discovery cut-off date of **November 21, 2016**. Dispositive motions shall be filed on or before **December 21, 2016**.

### 6. PRETRIAL ORDER.

If no dispositive motions are filed, the joint pretrial order shall be filed by **January 20, 2017**, which is no later than thirty (30) days after the date set for the filing of dispositive motions. In the event that dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until thirty (30) days after the decision on the dispositive motions or by further order of the court.

### 7. INTERIM STATUS REPORT

On or before **September 22, 2016**. sixty (60) days prior to the close of discovery, the parties shall file an Interim Status Report, as required by LR 26-3, stating the time estimated for trial, providing three alternative dates for trial, and stating whether or not in the opinion of counsel who will be trying the case, the trial will be eliminated or its length affected by substantive motions.

8. **EXTENSIONS OR MODIFICATIONS OF THE DISCOVERY PLAN AND SCHEDULING ORDER.**

In addition, in accordance with LR 26-4, any Stipulation or motion for modification or extension of this discovery plan must be made no later than twenty (20) days before the discovery cut-off date, or not later than **November 1, 2016**.

**IT IS SO STIPULATED**:

DATED this 21st day of June, 2016.

**BLACK & LOBELLO**

/s/ Steven Mack
_____
STEVEN MACK, ESQ. (NBN 4000)
10777 W. Twain Ave., Third Floor
Las Vegas, Nevada 89135
smack@blacklobello.law
*Attorneys for Plaintiff*

DATED this 21st day of June, 2016.

**SEYFARTH SHAW LLP**

/s/ Amy Abeloff
_____
AMY ABELOFF, ESQ. (CBN: 306093)
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
aabeloff@seyfarth.com
Attorneys for Defendant
Randstad Professionals US, LP dba
Randstad Professionals

DATED this 21st day of June, 2016.

**THERESA MAINS, PA**

/s/ Theresa Mains
_____
THERESA MAINS, ESQ. (NBN 13373)
2251 N. Rampart Blvd. #102
Las Vegas, NV  89128
theresa@theresamainspa.com
Attorneys for Defendant
Joseph Frontiera

**IT IS SO ORDERED:**

*George Foley Jr.*
_____
UNITED STATES DISTRICT COURT MAGISTRATE JUDGE

DATED: 6/23/2016