STEVEN MACK, ESQ.
NEVADA BAR NO. 4000
BLACK & LOBELLO
10777 W. Twain Ave., 3rd Fl.
Las Vegas, Nevada 89135
(702) 869-8801
(702) 869-2669 (fax)
smack@blacklobellolaw.com
Attorneys for Plaintiff/Counterdefendant

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| COUNT'S KUSTOMS, LLC, a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPH FRONTIERA, an individual, and RANDSTAD PROFESSIONALS US, LP a Delaware Corporation dba RANDSTAD PROFESSIONALS, DOES I-X and DOE CORPORATIONS XI – XX, inclusive,<br><br>Defendants.<br><br>RANDSTAD PROFESSIONALS US, LP,<br><br>Counterclaimant,<br><br>vs.<br><br>COUNT'S KUSTOMS, LLC,<br><br>Counterdefendant. | Case No.: 2:16-cv-00910-JAD-GWF<br><br>ECF No. 64 |

## STIPULATION AND ORDER TO DISMISS

COMES NOW Plaintiffs/Counterdefendant, COUNT'S KUSTOMS, LLC, a Nevada corporation ("Plaintiff"), by and through their attorneys BLACK & LOBELLO, and Defendant/Counterclaimant RANDSTAD PROFESSIONAL US, LP. d/b/a RANDSTAD PROFESSIONALS, and hereby stipulate and agree that all claims by and against all parties

hereto shall be dismissed, each party to bear their own fees and costs; provided that this Court shall retain jurisdiction to accept, file and enter any judgment by confession which may be filed by the parties.

DATED this 12 day of December, 2017    DATED this 12 day of December, 2017

**BLACK & LOBELLO**                     **BAUMAN LOEWE WITT**
                                        **& MAXWELL, PPLC**

/s/ Steve J. Mack                       /s/ Michael C. Mills
Steven Mack, Esq.                       Michael C. Mills, Esq.
Nevada State Bar No. 4000               Nevada Bar No. 003534
10777 West Twain Avenue, Suite 300      3650 N. Rancho Dr., Suite 114
Las Vegas, Nevada 89135                 Las Vegas, Nevada 89130
*Attorneys for Plaintiffs/Counterdefendant*  *Attorneys for Randstad Professionals US, LP dba Randstad Professionals*

Eric R. McDonough, Esq.
Amy A. Abeloff, Esq.
SEYFARTH SHAW LLP
2029 Century Park East, Ste. 3500
Los Angeles, California 90067
*Attorneys for Randstad Professionals US, LP dba Randstad Professionals*

**ORDER**

Based on the parties' stipulation [ECF No. 64] and good cause appearing, IT IS HEREBY ORDERED that this action is DISMISSED with prejudice, each party to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
February 22, 2018