STEVEN MACK, ESQ.
NEVADA BAR NO. 4000
BLACK & LOBELLO
10777 W. Twain Ave., 3rd Fl.
Las Vegas, Nevada 89135
(702) 869-8801
(702) 869-2669 (fax)
smack@blacklobellolaw.com
Attorneys for Plaintiff/Counterdefendant

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| COUNT'S KUSTOMS, LLC, a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPH FRONTIERA, an individual, and RANDSTAD PROFESSIONALS US, LP a Delaware Corporation dba RANDSTAD PROFESSIONALS, DOES I-X and DOE CORPORATIONS XI – XX, inclusive,<br><br>Defendants. | Case No.: 2:16-cv-00910-JAD-GWF |
| RANDSTAD PROFESSIONALS US, LP,<br><br>Counterclaimant,<br><br>vs.<br><br>COUNT'S KUSTOMS, LLC,<br><br>Counterdefendant. | |

### STIPULATION AND ORDER TO VACATE STIPULATION AND ORDER TO DISMISS DOCUMENT ECF 64 AND ENTER NEW ORDER ONLY DISMISSING RANDSTAD PROFESSIONALS US, LP

COMES NOW Plaintiffs/Counterdefendant, COUNT'S KUSTOMS, LLC, a Nevada corporation ("Plaintiff"), by and through their attorneys BLACK & LOBELLO, and Defendant/Counterclaimant RANDSTAD PROFESSIONAL US, LP. d/b/a RANDSTAD

PROFESSIONALS ("Defendant") by and through their attorneys BAUMAN LOEWE WITT & MAXWELL, PPLC, and Defendant JOSEPH FRONTIERA ("Defendant") by and through his attorney Theresa Lillian Mains, Esq., and hereby stipulate and agree that the Stipulation and Order to Dismiss [Doc 64] that was entered with this court on February 22, 2018 as [Doc 66] be vacated as it erroneously states that "all claims by and against **all** parties hereto shall be dismissed, each party to bear their own fees and costs; provided that this Court shall retain jurisdiction to accept, file and enter any judgment by confession which may be filed by the parties." The Stipulation and Order to Dismiss was to state "all claims by and against **RANDSTAD PROFESSIONALS US., LP dba RANDSTAD PROFESSIONALS** shall be dismissed, each party to bear their own fees and costs; provided that this court shall retain jurisdiction to accept, file and enter any judgment by confession which may be filed by the parties."

DATED this 27th day of February 2018

**BLACK & LOBELLO**

/s/ Steven Mack
Steven Mack, Esq.
Nevada State Bar No. 4000
10777 West Twain Avenue, Suite 300
Las Vegas, Nevada 89135
*Attorneys for Plaintiffs/Counterdefendant*

Dated this ___ day of February 2018

_____
THERESA MAINS, ESQ. (NBN 13373)
2251 N. Rampart Blvd., #102
Las Vegas, NV 89128
theresa@theresamainspa.com
Attorney for Defendant
*Joseph Frontiera*

DATED this 27th day of February 2018

**BAUMAN LOEWE WITT
& MAXWELL, PPLC**

/s/ Michael C. Mills
Michael C. Mills, Esq.
Nevada Bar No. 003534
3650 N. Rancho Dr., Suite 114
Las Vegas, Nevada 89130
*Attorneys for Randstad Professionals US, LP dba Randstad Professional*
Eric R. McDonough, Esq.
Amy A. Abeloff, Esq.
SEYFARTH SHAW LLP
2029 Century Park East, Ste. 3500
Los Angeles, CA 90067
*Attorneys for Randstad Professionals US, LP dba Randstad Professionals*

PROFESSIONALS ("Defendant") by and through their attorneys BAUMAN LOEWE WITT & MAXWELL, PPLC, and Defendant JOSEPH FRONTIERA ("Defendant") by and through his attorney Theresa Lillian Mains, Esq., and hereby stipulate and agree that the Stipulation and Order to Dismiss [Doc 64] that was entered with this court on February 23, 2018 as [Doc 66] *be vacated* as it erroneously states that "all claims by and against **all** parties hereto shall be dismissed, each party to bear their own fees and costs; provided that this Court shall retain jurisdiction to accept, file and enter any judgment by confession which may be filed by the parties."

The Stipulation and Order to Dismiss was to state "all claims by and against **RANDSTAD PROFESSIONALS US., LP dba RANDSTAD PROFESSIONALS** shall be dismissed, each party to bear their own fees and costs; provided that this court shall retain jurisdiction to accept, file and enter any judgment by confession which may be filed by the parties."

DATED this ____ day of February 2018        DATED this ____ day of February 2018

**BLACK & LOBELLO**                          **BAUMAN LOEWE WITT & MAXWELL, PPLC**

_____                  _____
Steven Mack, Esq.                            Michael C. Mills, Esq.
Nevada State Bar No. 4000                    Nevada Bar No. 003534
10777 West Twain Avenue, Suite 300           3650 N. Rancho Dr., Suite 114
Las Vegas, Nevada 89135                      Las Vegas, Nevada 89130
*Attorneys for Plaintiffs/Counterdefendant*  *Attorneys for Randstad Professionals US, LP dba Randstad Professional*

Dated this ___ day of February 2018          Eric R. McDonough, Esq.
                                             Amy A. Abeloff, Esq.
_____                  SEYFARTH SHAW LLP
THERESA MAINS, ESQ. (NBN 13373)              2029 Century Park East, Ste. 3500
2251 N. Rampart Blvd., #102                  Los Angeles, CA 90067
Las Vegas, NV 89128                          *Attorneys for Randstad Professionals US, LP dba Randstad Professionals*
theresa@theresamainspa.com
Attorney for Defendant
*Joseph Frontiera*

BLACK & LOBELLO
10777 W. Twain Avenue, 3rd Floor
Las Vegas, Nevada 89135
(702) 869-8801 FAX: (702) 869-2669

Case No. 2:16-cv-00910-JAD-GWF

## ORDER

The Court having considered the foregoing and good cause appearing that the prior Oder was made in error:

IT IS HEREBY ORDERED That the prior ORDER, entered as Docket Number 66, be set aside; and

IT IS FURTHER ORDERED that this matter be DISMISSED only as to RANDSTAD PROFESSIONALS, US, LP, d/b/a RANDSTAD PROFESSIONALS each party to bear their own attorneys' fees and costs. The actions remain as to Defendant JOSEPH FRONTIERA.

Dated: March 7, 2018.

_____
U.S. DISTRICT COURT JUDGE

Respectfully submitted by:

**BLACK & LOBELLO**

*/s/ Steve J. Mack*
Steve J. Mack, Esq.
Nevada Bar No. 4000
10777 W. Twain Ave., Suite 300
Las Vegas, Nevada 89135
Attorney for Plaintiff/Counterdefendants